IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  07-cv-00356-WDM-MEH

PIA JABLONSKI,

    Plaintiff,

v.

CHRIS WEST,

    Defendant.

---

### NOTICE OF DISMISSAL AS TO ONE CLAIM

---

    The court construes Plaintiff's Unopposed Motion to Dismiss Official Capacity Claim in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the official capacity claim is dismissed, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 1, 2007.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge