IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00356-WDM-MEH

PIA JABLONSKI,

    Plaintiff,

v.

CHRIS WEST,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2007.**

For good cause shown, Defendant's Uncontested Motion to Amend Scheduling Order to Extend Expert Disclosure Deadlines [filed September 27, 2007; doc #16] is **granted in part and denied in part**. The Scheduling Order in this case will be amended as follows:

| | |
|---|---|
| Designation of Expert Witnesses: | November 15, 2007 |
| Designation of Rebuttal Experts: | December 14, 2007 |
| Discovery Cutoff: | December 31, 2007 |
| Dispositive Motions deadline: | January 31, 2008 |

All other scheduled hearings, conferences and deadlines will remain the same.