IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00356-WDM-MEH

PIA JABLONSKI,

    Plaintiff,

v.

CHRIS WEST,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2008.**

    In light of this Court's Order vacating the Settlement Conference on January 9, 2008 [doc #37], Plaintiff's Motion to Excuse Plaintiff from Settlement Conference [filed December 14, 2007; doc #29] is **denied as moot**.